# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ELIZABETH WALLACE FLEMING,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:24-cv-00155-SLG

## ORDER RE U.S. MOTION TO DISMISS

Before the Court at Docket 9 is the U.S. Motion to Dismiss. Plaintiff did not file a response to the motion. Plaintiff Elizabeth Fleming did not file any response to the motion.

The government asserts that this action was filed in the wrong forum, and therefore this Court lacks subject matter jurisdiction. It asserts that Ms. Fleming's claims are claims affecting her rights and interests under the Federal Employees' Retirement System ("FERS"), and that "Congress provided the exclusive remedial path for individuals to pursue claims affecting their rights and interests" under FERS by requiring claims to first be brought to the Office of Personnel Management, then to the U.S. Merit Systems Protection Board, and finally, to the U.S. Court of Appeals for the Federal Circuit.[1]

---

[1] Docket 9 at 2.

The Untied States has persuasively demonstrated that this Court is the wrong forum for Ms. Fleming's dispute with OPM, and Ms. Fleming has not responded to the motion to dismiss.  Therefore, IT IS ORDERED that the motion to dismiss at Docket 9 is GRANTED and this action is DISMISSED.  The Clerk of Court shall enter a final judgment accordingly.

DATED this 9th day of December 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00155-SLG, *Fleming v. USA*
Order re U.S. Motion to Dismiss
Page 2 of 2

Case 3:24-cv-00155-SLG   Document 11   Filed 12/09/24   Page 2 of 2